UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2013-01
AUGUST 27, 2013 SESSION



FILED
AUG 30 2013
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 2:13-cr-00222
                            18 U.S.C. § 641

MICHAEL W. SMITH
    also known as "MIKE SMITH"

## I N D I C T M E N T

The Grand Jury Charges:

1.  In or about April 1995, a person known to the Grand Jury, ("Recipient") began receiving Social Security Administration Supplemental Security Income benefits, ("benefits") from the United States Social Security Administration ("Social Security Administration"). The Recipient was related to defendant MICHAEL W. SMITH.

2.  Benefits were paid monthly by mail addressed to the Recipient.

3.  In or about October 2008, defendant MICHAEL W. SMITH became Recipient's Representative Payee. The Social Security Administration placed both defendant MICHAEL W. SMITH and Recipient's name on the benefits check and defendant MICHAEL W.

SMITH had the legal authority to receive and cash Recipient's checks on behalf of the Recipient.

4. On April 29, 2009, the Recipient died and his right to benefits was thereby extinguished. Defendant MICHAEL W. SMITH's right to receive and cash the benefit checks as Recipient's Representative Payee was simultaneously extinguished.

5. The Social Security Administration was not informed of the Recipient's death and benefits continued to be mailed to the Recipient and his Representative Payee.

6. From in and about May 2009 to in and about July 2010, defendant MICHAEL W. SMITH received, endorsed and cashed the Recipient's benefit checks. All checks were cashed in Ripley, West Virginia at the Walmart (Store 1450), except one, which was cashed at Citizens Bank of Weston located in Weston, West Virginia.

7. Defendant MICHAEL W. SMITH was not entitled to receive and cash benefits on behalf of the Recipient after the Recipient died.

8. From in or about May 2009 to in or about July 2010 in Kenna and Ripley, Jackson County, West Virginia and within the Southern District of West Virginia and elsewhere, defendant MICHAEL W. SMITH did knowingly steal, purloin and convert to his own use things of value of the United States, that is, Social

Security Aministration benefits having a value of approximately $10,110.

In violation of Title 18, United States Code, Section 641.

R. BOOTH GOODWIN II
United States Attorney

By: _____
ERIK S. GOES
Assistant United States Attorney